# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

DALTON GARY JR

CASE NO. 6:24-CV-01626

VERSUS

JUDGE DRELL

KIOLO KIAKAZI

MAGISTRATE JUDGE DAVID J. AYO

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is hereby REVERSED and this matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) with instructions for additional proceedings, to include development of the record concerning the claimant's ability to fulfill the criteria of sedentary work and his history of illegal drug use and incarceration. Additionally, the claimant should be granted a new hearing and permitted to revoke his prior waiver of personal appearance, if desired. The foregoing constitutes a "final judgment" for purposes of the Equal Access to Justice Act ("EAJA").

SO ORDERED this _8th_ day of April 2026 at Alexandria, Louisiana.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**